UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re Sealed Search Warrant Application     CASE NO. 3:21-mj-779-SDV

OCTOBER 26, 2021

## MOTION TO UNSEAL

The United States respectfully requests that the captioned matter, which was originally ordered sealed until further order of the Court, by District Judge S. Dave Vatti, be unsealed. The underlying matter is now a matter of public record, and there is accordingly no longer a basis for the continued sealing of this matter.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*/s/ Karen L. Peck*
KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct14959
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT 06604
Karen.Peck@usdoj.gov